# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>SUNSHINE TRUCKING, LLC,<br>　　　　　Defendant. | :<br>:<br>:<br>:<br>:  Civil No. 5:20-cv-04481-JMG<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 8th day of March, 2021, Plaintiff, Zurich American Insurance Company of Illinois, having filed a motion for default judgment against Defendant Sunshine Trucking, LLC (ECF No. 7) on January 12, 2021; and for the reasons set forth in the Court's accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's motion for default judgment is hereby **GRANTED in part** and **DENIED in part**;

2. Judgment is entered against Defendant in the amount of $185,138 and Plaintiff is authorized to file a Bill of Costs with the Clerk of Court to tax costs against Defendant;

3. Plaintiff's request for attorney's fees associated with this action is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff may file an interest calculation within thirty days or else this matter will be closed.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　　　United States District Court Judge